**In re ACQUISITION OF ORIGINAL LOT 14, and ASSESSMENT AND TAXATION LOT 800, in SQUARE 128, WASHINGTON, D. C.**

No. 1784.

Court of Appeals of District of Columbia.

Argued May 12, 1931.

Decided May 13, 1931.

Joseph I. Miller, George W. Offutt, and Roger J. Whiteford, all of Washington, D. C., for petitioner.

Before MARTIN, Chief Justice, and ROBB, VAN ORSDEL, HITZ, and GRONER, Associate Justices.

PER CURIAM.

This case relates to a proceeding brought by the United States in the Supreme Court of the District of Columbia seeking the condemnation of original lot 14, and assessment and taxation lot 800, in square 128, in the city of Washington, District of Columbia, for the use of the United States in accordance with Acts of Congress, respectively approved on May 25, 1926, 44 Stat. 630 (40 USCA §§ 341–347); January 13, 1928, 45 Stat. 51 (40 USCA §§ 341 note, 348); March 1, 1929 (45 Stat. 1437); and March 31, 1930 (Pub. No. 85, 71st Cong.); which condemnation proceeding is now upon hearing in that court.

The present petition is filed in this court by parties owning the property in question or interests therein, and praying that a writ of prohibition be issued herein prohibiting the United States, together with the lower court, from proceeding with the condemnation cause, or exercising any jurisdiction therein, and that a writ of supersedeas be issued by this court staying all further proceedings in said cause until this court may hear and decide petitioners' appeal taken from the proceedings in that cause.

Upon a hearing duly had upon the petition, this court denies the prayer of the petitioners for a writ of prohibition or supersedeas herein. It is noted, however, that counsel for the United States in open court announce that the improvements now upon the described premises shall not be removed or disturbed until after a view thereof may be had by the jury impaneled or to be impaneled in the condemnation case, and this court approves of such action thus assured, it being within the authority of the lower court to grant an application for such purpose if presented by any party possessing an interest in the property.